IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ANTONIO-DEVON SMITH,

        Plaintiff,

v.	CIVIL ACTION NO. 2:25-cv-00131

CHARLESTON POLICE DEPARTMENT,
et al.,

        Defendants.

## ORDER

This matter is before the undersigned on the written request by Plaintiff Antonio-Devon Smith ("Plaintiff"), proceeding pro se, "to receive notifications and updates electronically" via phone or email, which the undersigned construes as a motion for CM/ECF access. (ECF No. 5).

This Court's Pro Se Handbook states that "non-prisoner pro se filers" such as the Plaintiff "may be permitted to file electronically only when permission of the Court has been requested, and the Court has granted such request by Order." Pro Se Handbook for the United States District Court for the Southern District of West Virginia (Apr. 25, 2011), at 18 § 5.4 (emphasis added). The U.S. Court of Appeals for the Fourth Circuit has recognized that, while district courts have discretion to authorize electronic-filing access, pro-se parties are not *entitled* to participation in the district court's electronic-filing system. *Enovative Techs., LLC v. Leor*, 622 Fed. App'x 212, 215 (4th Cir. 2015). Here, Plaintiff offers no specific demonstration that an inability to proceed electronically

prejudices him. The undersigned **FINDS** under the circumstances that Plaintiff has not shown good cause justifying a departure from the Court's pro-se filing policy.

Accordingly, in light of the foregoing, **IT IS ORDERED** that Plaintiff's construed Motion for CM/ECF Access (ECF No. 5) is **DENIED**.

**IT IS SO ORDERED**.

The Clerk is **DIRECTED** to send a copy of this *Order* to Plaintiff at his address of record.

ENTERED:   March 4, 2025

---
Dwane L. Tinsley
United States Magistrate Judge