IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ANTONIO-DEVON SMITH,

    Plaintiff,

v.                                              CIVIL ACTION NO. 2:25-cv-00131

CHARLESTON POLICE DEPARTMENT,
et al.,

    Defendants.

## ORDER AND NOTICE

Plaintiff Antonio-Devon Smith ("Plaintiff"), proceeding pro se, initiated this civil action and paid the applicable filing fee on February 28, 2025. (ECF Nos. 1; 2). That same day, the Clerk issued a Summons for service of process on each of the named Defendants. (ECF No. 3). To ensure Plaintiff is aware of his responsibilities as a pro-se party, Plaintiff is hereby **NOTIFIED** of the following:

    1.     Plaintiff is obligated, pursuant to Rule 4 of the Federal Rules of Civil Procedure, to serve a copy of the Summons and his Complaint on each of the named Defendants on or before **May 29, 2025**. Failure to effect timely service of process may result in the undersigned's recommendation that this action be dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure;

    2.     Plaintiff is obligated to familiarize himself with, and follow, the Federal Rules of Civil Procedure as well as this Court's Local Rules of Civil Procedure. *See* L.R. Civ. P. 83.7. Plaintiff is **ORDERED** to review this Court's *Pro Se Handbook* and Local

Rules of Civil Procedure, both of which are available on the Court's website at https://www.wvsd.uscourts.gov;

    3.    Pursuant to Local Rule 83.5 of the Court's Local Rules of Civil Procedure, Plaintiff must promptly notify the Clerk and any opposing party of any changes to his contact information, including changes to his name, mailing address, telephone number, or email address. Failure to comply with Local Rule 83.5 may result in the undersigned's recommendation that this matter be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure; and

    4.    Plaintiff's failure to comply with any part of this *Order and Notice* will result in a recommendation to the presiding District Judge that this matter be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

The Clerk is **DIRECTED** to send a copy of this *Order and Notice* to Plaintiff at his address of record.

ENTERED:   March 4, 2025

Dwane L. Tinsley
United States Magistrate Judge